

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kennedy Dewayne Riley, Appellant

No. 06-13-00210-CR          v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 13F0131-202).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.


As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

We further order that the appellee, The State of Texas, pay all costs of this appeal.


RENDERED NOVEMBER 14, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk